UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN WILLIAM STEWART, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:08-CV-475 |
| | )   (Phillips) |
| DEUTSCHE BANK NAT'L TRUST CO., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motions for Summary Judgment [Docs. 43, 46] and the Motion to Adopt [Doc. 50]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff John William Stewart take nothing, that plaintiff's federal and state law claims be **DISMISSED WITH PREJUDICE**, and that the defendants recover of the plaintiff their costs of action.

Dated at Knoxville, Tennessee, this \_\_\_\_\_ day of October, 2010.

                                                         s/ Patricia L. McNutt
                                                          Clerk of Court